# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 20-0187V

| | |
|---|---|
| GARY ALLEN,<br><br>                Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>                Respondent. | Chief Special Master Corcoran<br><br>Filed: February 12, 2021 |

## ORDER STRIKING - SPECIAL PROCESSING UNIT

On September 11, 2020, Petitioner filed medical records from Albertson's Pharmacy as Exhibit 12 (ECF No. 19). Upon review, the record already contains a document designated Exhibit 12. Thus, the second document labeled Ex. 12 is stricken and should be re-filed with the next sequential exhibit number, i.e., Ex. 13.

**Accordingly:**

- **The Clerk is directed to STRIKE Petitioner's September 11, 2020 filing labeled Exhibit 12 (ECF No. 19).**

- **Petitioner shall re-file, by no later than Friday, February 26, 2021, the** Albertson's record labeled with the next sequential exhibit number, i.e., Ex. 13, and a corrected exhibit list.

Any questions about this order or about this case may be directed to OSM staff attorney **Eileen Vachher at (202) 357-6388 or Eileen_Vachher@cfc.uscourts.gov.**

**IT IS SO ORDERED.**

                                                                                **s/Brian H. Corcoran**
                                                                                Brian H. Corcoran
                                                                                Chief Special Master